# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELITA KIMBROUGH,
                    Appellant,

vs.

JONATHAN RAY KIMBROUGH,
                    Respondent.

No. 83990

FILED

APR 1 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rhonda Kay Forsberg, District Judge
       Ara H. Shirinian, Settlement Judge
       McFarling Law Group
       Page Law Firm
       Eighth District Court Clerk

---

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947